# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: HENEISEN, CYNTHIA LYNN § | Case No. 09-12534 |
| § | |
| BROW-HENEISEN, CYNTHIA LYNN § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/28/2010     By: /s/BRADLEY J. WALLER
                                    Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: HENEISEN, CYNTHIA LYNN § Case No. 09-12534
§
BROW-HENEISEN, CYNTHIA LYNN §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 21,151.50 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 21,151.50 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                    *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BRADLEY J. WALLER | $ 2,865.15 | $ 140.00 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 260.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                        *Fees*                        *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,519.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.9 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
____1_____    Bank of the West            $____112,519.00____    $____17,885.85____

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: evelyng              Page 1 of 1           Date Rcvd: Apr 09, 2009
Case: 09-12534                Form ID: b9a               Total Served: 7
```

The following entities were served by first class mail on Apr 11, 2009.
```
db          +Cynthia Lynn Heneisen,    907 Lilac Lane,    Joliet, IL 60435-3239
aty         +Lesley A Hoenig,   300 South University Avenue,    Mt. Pleasant, MI 48858-2525
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
13762799     GEMB Lending Inc,    Po Box 6153,    Rapid City, SD 57709-6153
13762800    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Illinois-Chicago Indirect Lending,    PO Box 790179,
              Saint Louis, MO 63179-0179)
```
The following entities were served by electronic transmission on Apr 10, 2009.
```
13762797     E-mail/Text: bknotices@bankofthewest.com                            Bank of the West,   PO Box 4002,
              Concord, CA 94524-4002
13762798     EDI: CHASE.COM Apr 09 2009 20:23:00     Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
13762800     EDI: USBANKARS.COM Apr 09 2009 20:23:00      US Bank,    Illinois-Chicago Indirect Lending,
              PO Box 790179,    Saint Louis, MO 63179-0179
                                                                                              TOTAL: 3

                   ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2009                  Signature:    *[signed] Joseph Speetjens*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mrahmoun              Page 1 of 1                  Date Rcvd: Jul 30, 2010
Case: 09-12534                Form ID: pdf006             Total Noticed: 8

The following entities were noticed by first class mail on Aug 01, 2010.
db           +Cynthia Lynn Heneisen,    907 Lilac Lane,    Joliet, IL 60435-3239
aty          +Lesley A Hoenig,    300 South University Avenue,    Mt. Pleasant, MI 48858-2525
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
13847444     +Bank of the West,    217 N Jefferson St Suite 601,    Chicago, IL 60661-1114
13762798      Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
13762800    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    Illinois-Chicago Indirect Lending,    PO Box 790179,
               Saint Louis, MO 63179-0179)

The following entities were noticed by electronic transmission on Jul 30, 2010.
13762797      E-mail/Text: bknotices@bankofthewest.com                             Bank of the West,    PO Box 4002,
               Concord, CA 94524-4002
13762799      E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2010 01:58:05      GEMB Lending Inc,    Po Box 6153,
               Rapid City, SD 57709-6153
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2010**                     **Signature:** _Joseph Speetjens_