# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HENEISEN, CYNTHIA LYNN
BROW-HENEISEN, CYNTHIA LYNN

Case No. 09-12534

Chapter 7

Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $219,120.00
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $17,885.85

Claims Discharged Without Payment: $94,633.15

Total Expenses of Administration: $3,265.15

3) Total gross receipts of $ 21,151.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $21,151.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,265.15 | 3,265.15 | 3,265.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 112,519.00 | 0.00 | 112,519.00 | 17,885.85 |
| **TOTAL DISBURSEMENTS** | $112,519.00 | $3,265.15 | $115,784.15 | $21,151.00 |

    4) This case was originally filed under Chapter 7 on April 08, 2009. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2011        By: /s/BRADLEY J. WALLER
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Proceeds from the sale of a 2008 Baja Speedboat | 1129-000 | 21,142.14 |
| Interest Income | 1270-000 | 8.86 |
| **TOTAL GROSS RECEIPTS** | | **$21,151.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 2,865.15 | 2,865.15 | 2,865.15 |
| BRADLEY J. WALLER | 2200-000 | N/A | 140.00 | 140.00 | 140.00 |
| CLERK OF THE UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,265.15 | 3,265.15 | 3,265.15 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank of the West | 7200-000 | 112,519.00 | N/A | 112,519.00 | 17,885.85 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 112,519.00 | 0.00 | 112,519.00 | 17,885.85 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-12534  
**Case Name:** HENEISEN, CYNTHIA LYNN  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 04/08/09 (f)  
**§341(a) Meeting Date:** 06/01/09  

**Period Ending:** 07/15/11  
**Claims Bar Date:** 07/31/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 901 Lilac Lane, Joliet, IL | 145,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Proceeds from the sale of a 2008 Baja Speedboat | 21,000.00 | 21,000.00 | | 21,142.14 | 0.00 |
| 3 | TCF Checking account joint with spouse | 250.00 | 0.00 | DA | 0.00 | FA |
| 4 | TCF Savings Account, Joing with Spouse | 250.00 | Unknown | DA | 0.00 | FA |
| 5 | Warren FCU | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | Computer, TVs, Furniture | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Cds and DVDs | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Necessary Wearing Apparel | 500.00 | Unknown | DA | 0.00 | FA |
| 9 | Rings, Necklaces | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Pension with JP Morgan Chase | 7,000.00 | Unknown | DA | 0.00 | FA |
| 11 | Shares of JP Morgan Chase Stock | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Tax Refund Joint with Spouse | 350.00 | Unknown | DA | 0.00 | FA |
| 13 | $3200 Tax refund - Spouse has 50% interest in th | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2005 Nissan Sentra | 6,600.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2005 GMC Yukon AWD | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2003 Fourwinds Motorhome 31C Ford E450 with over | 30,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.86 | FA |
| 17 | Assets   Totals (Excluding unknown values) | **$240,120.00** | **$21,000.00** | | **$21,151.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   August 2, 2010  (Actual)

Printed: 07/15/2011 01:57 PM      V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-12534 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HENEISEN, CYNTHIA LYNN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | **-***4540 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/15/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/09 | {2} | Grand Sport Center Inc | | 1129-000 | 21,142.14 | | 21,142.14 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.77 | | 21,142.91 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.89 | | 21,143.80 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.89 | | 21,144.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.86 | | 21,145.55 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.86 | | 21,146.41 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.89 | | 21,147.30 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.89 | | 21,148.19 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.83 | | 21,149.02 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.80 | | 21,149.82 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.94 | | 21,150.76 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.14 | | 21,150.90 |
| 04/06/10 | | Wire out to BNYM account 9200******6765 | Wire out to BNYM account 9200******6765 | 9999-000 | -21,150.90 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -21,150.90 | 0.00 | |
| | | | **Subtotal** | | 21,150.90 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,150.90** | **$0.00** | |

{} Asset reference(s)                                                                                       Printed: 07/15/2011 01:57 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-12534 | | **Trustee:** | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- | --- |
| **Case Name:** | HENEISEN, CYNTHIA LYNN | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******67-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4540 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 07/15/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6765 | Wire in from JPMorgan Chase Bank, N.A. account ********6765 | 9999-000 | 21,150.90 | | 21,150.90 |
| 04/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.60 | | 21,151.50 |
| 04/21/10 | | To Account #9200******6766 | | 9999-000 | | 21,151.50 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **21,151.50** | **21,151.50** | **$0.00** |
| | | | Less: Bank Transfers | | 21,150.90 | 21,151.50 | |
| | | | **Subtotal** | | **0.60** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.60** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-12534  
**Case Name:** HENEISEN, CYNTHIA LYNN

**Taxpayer ID #:** **-***4540  
**Period Ending:** 07/15/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******67-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/10 | | From Account #9200******6765 | | 9999-000 | 21,151.50 | | 21,151.50 |
| 08/20/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $140.00, Trustee Expenses; Reference: | 2200-000 | | 140.00 | 21,011.50 |
| 08/20/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $2,865.15, Trustee Compensation; Reference: | 2100-000 | | 2,865.15 | 18,146.35 |
| 08/20/10 | 103 | CLERK OF THE UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 17,886.35 |
| 08/20/10 | 104 | Bank of the West | Dividend paid 15.89% on $112,519.00; Claim# 1; Filed: $0.00; Reference: | 7200-000 | | 17,885.85 | 0.50 |
| 05/06/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.50 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,151.00 | 21,151.00 | **$0.00** |
| | | | Less: Bank Transfers | | 21,151.50 | 0.00 | |
| | | | **Subtotal** | | **-0.50** | **21,151.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-0.50** | **$21,151.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****67-65 | 21,150.90 | 0.00 | 0.00 |
| MMA # 9200-******67-65 | 0.60 | 0.00 | 0.00 |
| Checking # 9200-******67-66 | -0.50 | 21,151.00 | 0.00 |
| | **$21,151.00** | **$21,151.00** | **$0.00** |

{} Asset reference(s)

Printed: 07/15/2011 01:57 PM   V.12.57